**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-20110-CR-MGC**

**UNITED STATES OF AMERICA**

**v.**

**CHRISTIAN RAMIREZ,**

          **Defendant.**
_____/

**FACTUAL PROFFER**

The United States of America and Christian Ramirez ("Defendant" or "RAMIREZ") agree that had this case gone to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

Beginning in or around early 2017 and continuing through in or around at least January 2020, in Miami-Dade County, in the Southern District of Florida, and elsewhere, RAMIREZ knowingly and willfully combined, conspired, confederated, and agreed with others, to commit health care fraud, in violation of Title 18, United States Code, Section 1347, and wire fraud, in violation of Title 18, United States Code, Section 1343, all in violation of Title 18, United States Code, Section 1349.

American Airlines, AT&T, Coca Cola, Archer Western Construction, Lewis Tree Service, and Comcast, among others ("the Companies"), offered Administrative Services Only ("ASO") insurance plans to their employees.  These employers contracted with the insurance companies Blue Cross Blue Shield ("BCBS"), United Healthcare ("United"), Aetna ("Aetna"), and Cigna ("Cigna") to handle the administrative tasks such as billing, claims handling, and claims payment with respect to claims submitted on behalf of their employees. These ASO insurance plans

reimbursed BCBS, United, Aetna, and Cigna for the money the insurance companies paid out for health benefits for their respective employees. As such, the employers acted in a self-insured role, which means that they were financially responsible for any claim payments to their employees. The ASO insurance plans offered by the Companies and managed by BCBS, United, Aetna, and Cigna were health care benefit programs, as defined in Title 18, United States Code, Section 24(b).

United Medical of South Florida, d/b/a Sleep Study of South Florida, Inc. ("Sleep Study"), was a Florida corporation, located at 14750 SW 26th Street, Suite 213, Miami, Florida 33185. Sleep Study was a medical clinic that purportedly provided commercial private insurance beneficiaries with various medical treatments and services, including sleep studies, durable medical equipment, and physical therapy, among others. RAMIREZ recruited other beneficiaries who were paid kickbacks in exchange for allowing Sleep Study to bill for medical benefits, items, and services. In furtherance of the fraud scheme, Sleep Study submitted the fraudulent claims via interstate wire communications.

BCBS insured RAMIREZ through an ASO insurance plan offered by AT&T.   RAMIREZ recruited patients from her employer to go to Sleep Study in exchange for money.   RAMIREZ also provided the insurance information for family members in exchange for payments.

During the relevant period, Sleep Study, knowingly and willfully submitted and caused the submission of false and fraudulent claims for reimbursement in amounts between $150,000 and $250,000, based on individuals recruited by RAMIREZ.   These claims falsely and fraudulently represented that various health care benefits, items, and services were medically necessary, prescribed by a doctor, and had been provided by Sleep Study to insurance beneficiaries.   As a

result of such false and fraudulent claims, BCBS made payments to the corporate bank accounts of Sleep Study in the amount of at least $174,375.31.

The above-detailed facts are corroborated by, among other things, insurance claims and billing data, bank records, and business records, as well as information obtained through cooperating co-conspirators and other witnesses.

The information contained in this proffer is not a complete recitation of all the facts and circumstances of this case, but the parties admit it is sufficient to prove beyond a reasonable doubt a violation of Title 18, United States Code, Section 1349, that, is, Conspiracy to Commit Health Care Fraud and Wire Fraud, as charged in the Indictment.

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

Date: August 17, 2021       By: _____
LINDSEY LAZOPOULOS FRIEDMAN
ASSISTANT UNITED STATES ATTORNEY

Date: 8/23/21       By: _____
JASON WANDNER
ATTORNEY FOR DEFENDANT

Date: O8/17/21       By: _____
O8/17/21
CHRISTIAN RAMIREZ
DEFENDANT

3